IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:19-CR-00065-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| (5) CHOU CHENG YANG, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the Government's Motion to Dismiss, (Doc. No. 131), without prejudice the charges in the above-captioned Bill of Indictment against Defendant Chou Cheng Yang. The Court has reviewed the Motion and finds that good cause has been shown to justify dismissing the charges against Defendant Chou Cheng Yang without prejudice. Therefore, the Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 49) be **DISMISSED** without prejudice as to Defendant Chou Cheng Yang.

Signed: May 7, 2020

Kenneth D. Bell
United States District Judge